**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER NATIONAL INC., | Case No. 2:24−cv−06950 AB (JPRx) |
| Plaintiff, | Hon. André Birotte Jr. |
| v. | **[PROPOSED] JUDGMENT** |
| BLK INTERNATIONAL, LLC, | |
| Defendant. | |

1

The Court granted the Plaintiff's Motion for Default Judgment against Defendant BLK International, LLC, on December 4, 2024.  Dkt. No. 18.  In accordance with the Court's Order, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.	Judgment is entered in favor of plaintiff Schneider National, Inc. against defendant BLK International, LLC, in the amount of $259,127.23, which includes principal of $227,149.97, prejudgment interest at the rate of ten percent (10%) per annum in the amount of $31,507.26, and costs of $470.00.  Plaintiff shall have immediate execution on this judgment.

IT IS SO ORDERED.

Dated: December 9, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE